
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| OSR ENTERPRISES AG, and <br> OSR R&D ISRAEL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> REE AUTOMOTIVE LTD., REE AUTOMOTIVE HOLDING, INC., and REE AUTOMOTIVE USA INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:22-cv-01327-LY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND PROPOSED BRIEFING SCHEDULE FOR ANY MOTION FILED ON THAT DATE

This matter is before the Court on Defendants REE Automotive Ltd., REE Automotive Holding, Inc., and REE Automotive USA Inc. (collectively, "Defendants") and Plaintiffs OSR Enterprises AG, and OSR R&D Israel Ltd. (collectively, "Plaintiffs") motion to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiffs' Complaint, and to enter the proposed briefing schedule on any motion filed by Defendants on that date. Being so advised, the Court hereby finds that the request should be GRANTED. It is therefore,

ORDERED that REE Automotive Ltd., REE Automotive Holding, Inc., and REE Automotive USA Inc. shall answer or otherwise respond to Plaintiffs' complaint no later than **March 17, 2023**; Plaintiffs shall respond to any motion filed by REE Automotive Ltd., REE Automotive Holding, Inc., and/or REE Automotive USA Inc. no later than **April 28, 2023**; REE

Automotive Ltd., REE Automotive Holding, Inc., and REE Automotive USA Inc. shall reply to any response filed by Plaintiffs no later than **May 19, 2023**.

SO ORDERED January 20, 2023.

_____
Honorable Judge Lee Yeakel
United States District Judge