UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| OSR ENTERPRISES AG and<br>OSR R&D ISRAEL LTD.,<br>    *Plaintiffs*<br>v.<br><br>REE AUTOMOTIVE LTD.,<br>REE AUTOMOTIVE HOLDING, INC.,<br>and REE AUTOMOTIVE USA INC.,<br>    *Defendants* | § § § § § § § § § §    CIVIL NO. 1:22-CV-01327-LY |

# ORDER

    Before the Court is the Parties' Joint Motion for Extension of Time for Parties to File their Response and Reply to Defendants' Opposed Motion for Protection From Discovery, or in the Alternative, to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss for Forum Non Conveniens, filed April 5, 2023 (Dkt. 27). On April 3, 2023, the District Court referred Defendants' Opposed Motion for Protection from Discovery, or in the Alternative, to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss for Forum Non Conveniens (Dkt. 25) and related filings to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 26.

    The Parties ask the Court to extend the response and reply deadlines to the Defendants' Opposed Motion for Protection from Discovery because of

> intervening religious holidays of Passover, Good Friday, and Easter; conflicting deadlines in counsel for Plaintiffs' other cases; the complexity of the issues presented in the Motion; and the travel and work schedule of an Israeli law expert retained by Plaintiffs to respond both to the Motion and Motion to Dismiss.

Dkt. 27 at 2. The Court finds that the Parties have presented good cause for the extension. Accordingly, the Parties' Joint Motion for Extension of Time for Parties to File their Response

and Reply to Defendants' Opposed Motion for Protection From Discovery (Dkt. 27) is **GRANTED**.

It is **HEREBY ORDERED** that Plaintiffs shall file their response to the Defendants' Opposed Motion for Protection from Discovery (Dkt. 25) no later than **April 28, 2023**, and Defendants shall reply to any response filed by Plaintiffs no later than **May 26, 2023**.

**SIGNED** on April 10, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE