IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 APR 28 PM 3:18
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____CR_____
     DEPUTY

| | |
|---|---|
| OSR ENTERPRISES AG AND § | |
| OSR R&D ISRAEL LTD., § | |
| PLAINTIFFS, § | |
| § | |
| V. § | CAUSE NO. 1:22-CV-01327-LY |
| § | |
| REE AUTOMOTIVE LTD.; § | |
| REE AUTOMOTIVE HOLDING, INC.; § | |
| AND REE AUTOMOTIVE USA INC., § | |
| DEFENDANTS. § | |

## ORDER

Before the court is Defendants' Motion to Dismiss for Forum Non Conveniens and Lack of Personal Jurisdiction, filed March 17, 2023 (Doc. #22). Plaintiffs' Amended Complaint for Permanent Injunctive and Other Relief was filed on April 7, 2023 (Doc. #28). In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendants' Motion to Dismiss for Forum Non Conveniens and Lack of Personal Jurisdiction, filed March 17, 2023 (Doc. #22), is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this __28th__ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE