**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **OSR ENTERPRISES AG and** § | | |
| **OSR R&D ISRAEL LTD.,** § | | |
| *Plaintiffs* § | | |
| v. § | **CIVIL NO. 1:22-CV-01327-LY** | |
| § | | |
| **REE AUTOMOTIVE LTD.,** § | | |
| **REE AUTOMOTIVE HOLDING, INC.,** § | | |
| **and REE AUTOMOTIVE USA INC.,** § | | |
| *Defendants* § | | |

## ORDER

The hearing on Defendants' Opposed Motion for Protection from Discovery, or in the Alternative, to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss for Forum Non Conveniens (Dkt. 25) and Plaintiffs' Opposed Motion to Compel Jurisdictional and Venue Discovery and for an Extension of Time to File Plaintiffs' Opposition Brief to the Motion to Dismiss or to Stay the Court's Ruling Until Such Discovery Occurs (Dkt. 35) will now be at **1 p.m.** Tuesday, July 18, 2023, in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on June 7, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE